UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Henderson,
   *Plaintiff,*

v.

Resurgent Capital Services.,
   *Defendant.*

Docket No. 22-373 (JBA)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed, on consent of counsel.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by June 27, 2022.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 31st day of May 2022.